UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYDON CLYDE TETON,

                    Plaintiff,

    v.

DR. BUSSELL, *et al.*,

                    Defendants.

CASE NO. C21-1122-JLR-MLP

REPORT AND RECOMMENDATION

       This is a civil rights action proceeding under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). (*See* dkt. ## 5, 6.) Plaintiff submitted his complaint to the Court for filing on August 19, 2021, together with an application to proceed with this action *in forma pauperis*. (*See* dkt. # 1.) Plaintiff alleged in his complaint that Defendants improperly prescribed the medications Fluoxetine and Amitriptyline at the same time and thereby violated his constitutional rights and his rights under the Americans with Disabilities Act. (Dkt. # 5 at 4-7.) These alleged violations apparently occurred while Plaintiff was confined at the Federal Detention Center in SeaTac, Washington. (*See id.*)

       On September 13, 2021, the Court issued an Order granting Plaintiff's application for leave to proceed *in forma pauperis* and an Order declining to serve Plaintiff's complaint and

REPORT AND RECOMMENDATION - 1

granting him leave to amend. (Dkt. ## 4, 6.) Copies of those Orders were mailed to Plaintiff at his address of record, the Jefferson County Jail in Rigby, Idaho, but were returned to the Court on September 28, 2021, with a notation indicating that Plaintiff was no longer housed at the Jefferson County Jail. (Dkt. ## 7, 8.) To date, Plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed without prejudice, pursuant to LCR 41(b)(2), for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 24, 2021**.

DATED this 29th day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2