UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RYDON CLYDE TETON,

                Plaintiff,

v.

DR. BUSSELL, *et al.*,

                Defendants.

Case No. C21-1122-JLR

ORDER DISMISSING ACTION

       The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

       (1)    The Report and Recommendation is approved and adopted.

       (2)    This action is DISMISSED without prejudice, pursuant to LCR 41(b)(2), for failure to prosecute.

       (3)    The Clerk is directed to send copies of this Order to Plaintiff at his last known address, and to Judge Peterson.

       DATED this 28th day of December, 2021.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 1